BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760
Facsimile: (916) 554-2900
email: yoshinori.himel@usdoj.gov

Attorneys for Petitioner United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:12-cv-00734-AWI-BAM |
|---|---|
| Petitioner, | **PETITIONER'S NOTICE OF COMPLIANCE; ORDER CLOSING FILE** |
| v. | |
| KEITH E. GUY, | **TAXPAYER: KEITH E. GUY** |
| Respondent. | |

TO THIS HONORABLE COURT:

PLEASE TAKE NOTICE that in petitioner's view, respondent has sufficiently complied with the summons being enforced here. The case can and should be closed.

Date: September 20, 2012              BENJAMIN B. WAGNER
                                      United States Attorney

                            By:       */s/ YHimel*
                                      YOSHINORI H. T. HIMEL
                                      Assistant United States Attorney

**Petitioner's Notice of Compliance; Order Closing File**                                                  1

**ORDER**

Upon Petitioner's notice of compliance and recommendation, the Clerk shall close this file.

IT IS SO ORDERED.

Dated:   September 20, 2012

CHIEF UNITED STATES DISTRICT JUDGE

**Petitioner's Notice of Compliance; Order Closing File**                              2